IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 8:08-628 |
| vs. ) | |
| ) | **ORDER** |
| SIX (6) SEARCH WARRANTS ) | |
| ISSUED JULY 1, 2008 ) | |

Upon motion of the United States Attorney, and good cause having been shown in this case,

IT IS ORDERED that the search warrants, returns, and supporting affidavits are hereby sealed pending further order of the court. This action is being taken after thoroughly reviewing the record and the government's motion.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

July 1, 2008

Greenville, South Carolina

I SO MOVE:

s/A. Lance Crick
Assistant United States Attorney