◆AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of South Carolina

RECEIVED
2008 JUN 25 PM 1:59

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | Case Number:   8:08-628 |
| FRANCISCO LOPEZ, a/k/a "Francisco Gonzalez" | |

To: The United States Marshal
and any Authorized United States Officer


SEALED

YOU ARE HEREBY COMMANDED to arrest ___FRANCISCO LOPEZ, a/k/a "Francisco Gonzalez"___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with  (brief description of offense)

For charges, see attached copy of Indictment. A copy of the Indictment is attached for service on defendant.

☒ in violation of Title ___21___

United States Code, Section(s)
841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846.

UNITED STATES MARSHALS
GREENVILLE, S.C.
2008 JUN 29 P 2:46
RECEIVED

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Larry Propes | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/Kathy Rich | June 24, 2008  Greenville, SC |
| Signature of Issuing Officer | Date and Location |

☐ BOND TO SET BY JUDICIAL OFFICER BEFORE WHOM DEFENDANT INITIALLY APPEARS

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Atlanta, GA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-2-08 | DEA, N/GA | S/ Debra Poole |