IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**UNITED STATES OF AMERICA**

VS                                                         **CR**: 6:08-628-13

**Francisco Lopez**

## PLEA

The defendant, having withdrawn his or her plea of Not Guilty entered previously, pleads **GUILTY** to Count __1__ of the **Indictment/Information/Superseding Indictment** (Third) after arraignment in open court.

*Francisco Granados Lopez*
(Signed) Defendant

Anderson, South Carolina